AO 247 (06/09) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

_____ District of New Jersey _____

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Anthony Bodison ) | Case No: 07-952-001 |
| ) | USM No: 2:07-mj-03061-PS |
| Date of Previous Judgment: June 17, 2008 ) | |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ 41 months **is reduced to**  21 months _____ .

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*
| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 21 | Amended Offense Level: | 15 | |
| Criminal History Category: | II | Criminal History Category: | II | |
| Previous Guideline Range: | 41 to 51 months | Amended Guideline Range: | 21 to 27 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
x  The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain):*

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  6/17/08  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 2/[signature]/11

Effective Date: /[signature]/11
*(if different from order date)*

_____
Judge's signature

William H. Walls, Senior U.S. District Judge
Printed name and title