PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Anthony Bodison         **Docket Number:** 07-00952-001
        **PACTS Number:** 49215

**Name of Sentencing Judicial Officer:** HONORABLE WILLIAM H. WALLS
    SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 06/17/2008

**Original Offense:** NARCOTICS - SELL - DISTRIBUTE - OR DISPENSE (Crack Cocaine)

**Original Sentence:** 41 months imprisonment; 3 years supervised release.
**Crack Reduction (11/02/11):** 21 months imprisonment; 3 years supervised release

**Type of Supervision:** supervised release     **Date Supervision Commenced:** 11/03/11

**Assistant U.S. Attorney:** David Elliot Malagold, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Donna R. Newman (Appointed), Buttermore, Newman, Delanney & Foltz, LLP, 111 Broadway, Suite 1805, New York, NY 10006, 212-229-1516

---

## PETITIONING THE COURT

[X] To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On May 19, 2012, Bodison was arrested by the Irvington Police Department and charged with possession of a handgun (2c:39-5B), possession of a defaced firearm (2c:39-3D), persons not to have weapons (2c:39-7B), resisting arrest (2c29-2), and possession of cds (2c35-10A). |
| 2 | The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
| | On May 4 and 16, 2012, Bodison was questioned by Irvington Police and failed to notify the probation office. |

| | |
|---|---|
| 3 | The offender has violated the standard supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' |
| | On May 16, 2012, Bodison was associating with know felons Yusef Ellis and Randi Barr. |
| 4 | The offender has violated the special supervision condition which states '**The defendant is to refrain from associating with, or being in the company of, any members of the Crips street gang, or members of any other street gang. The defendant shall be restricted from frequenting any location where the Crips street gang members are known to congregate or meet; shall not wear, display, use, or possess any insignia, emblem, logo, with, or membership in the Crips street gang.** ' |
| | Bodison has continued to associate with known members of the Crips Street Gang, specifically Yusef Ellis and Randi Barr. |

I declare under penalty of perjury that the foregoing is true and correct.

Maureen Kelly
By: Amy J. Capozzolo
U.S. Probation Officer
Date: 12/14/12

## THE COURT ORDERS:

[V] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date